STATE of Missouri, Respondent,

v.

Raymond R. ROONEY, Jr. Appellant.

No. 75170.

Missouri Court of Appeals,
Eastern District,
Division Five.

July 6, 1999.

Irene Karns, Columbia, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Karen Pope Butler, Asst. Atty. Gen., Jefferson City, for respondent.

Before ROBERT G. DOWD, Jr. C.J., KENT E. KAROHL, J. and LAWRENCE E. MOONEY, J.

## ORDER

PER CURIAM.

Raymond Rooney, Jr. (Defendant) appeals the judgment entered following his jury conviction for felony driving while intoxicated in violation of section 577.010, RSMo 1994. We have reviewed the briefs of the parties and the record on appeal and find no error of law. An extended opinion would serve no jurisprudential purpose. We have, however, provided a memorandum opinion for the use of the parties only setting forth the reasons for our decision. We affirm the judgment pursuant to Rule 30.25(b).

■

John PFINGSTON, Appellant,

v.

STATE of Missouri, Respondent.

No. 74992.

Missouri Court of Appeals,
Eastern District,
Division Five.

July 6, 1999.

Jennifer S. Walsh, St. Louis, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Shaun J. Mackelprang, Asst. Atty. Gen., Jefferson City, for respondent.

Before ROBERT G. DOWD, Jr., C.J., JAMES A. PUDLOWSKI, J. and KENT E. KAROHL, J.

## ORDER

PER CURIAM.

John Pfingston (Movant) files this appeal contesting the denial of his Rule 24.035 motion without an evidentiary hearing. Movant pled guilty to first degree robbery in violation of section 569.020, RSMo 1994. We have reviewed the briefs of the parties and the record on appeal and conclude the trial court's determination is not clearly erroneous. Rule 24.035(k). An extended opinion would have no precedential value. We have, however, provided a memorandum opinion for the use of the parties only setting forth the reasons for our decision. We affirm the judgment pursuant to Rule 84.16(b).